# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMAJ, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-00171-SVK<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE HEARING**<br><br>Re: Dkt. No. 32 |

On November 19, 2019, Plaintiff filed a notice of settlement and requested 60 days to file a stipulation of dismissal. Dkt. 30. On November 20, 2019, this Court issued an order to show cause directing the parties to file either a stipulation of dismissal or a show cause response by January 21, 2020. Dkt. 31. If a dismissal was not filed by January 21, 2020, the parties were to appear before this Court on January 28, 2020, to show cause why the case should not be dismissed. *Id*.

On January 21, 2020, the parties filed a joint status report. Dkt. 32. The parties represent that they are revising the agreement and that the case will be dismissed by February 21, 2020. Dkt. 32 at 1-2. Accordingly, the Court **CONTINUES** the order to show cause hearing to **February 25, 2020 at 10:00 a.m.** The parties shall file a stipulation of dismissal or a show cause response by **February 21, 2020 at 12:00 p.m.**

**SO ORDERED.**

Dated: January 21, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Susan van Keulen*
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge